UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**DONALD BEST**, on his own behalf and on behalf of those similarly situated,

    Plaintiff,                    CASE NO.: 1:14-CV-03673

vs.

**C.U. EMPLOYMENT, INC.**,

    **Defendant.**             /

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, DONALD BEST, on his own behalf and on behalf of those similarly situated, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby files a Notice of Voluntary Dismissal Without Prejudice.

## CERTIFICATION OF FONT SIZE

Pursuant to Local Rule 5.1(c) of the Local Rules of the United States District Court for the Northern District of Georgia, Deirdre M. Stephens, Esquire, of The Law Office of Deidre M. Stephens-Johnson, attorneys for Plaintiff(s), hereby certify that the *NOTICE OF VOLUNTARY DISMISSAL* is typewritten using Times New Roman font, 14 point type.

Dated on this 21st day of January, 2015.

Respectfully submitted,

**/s/ DEIRDRE M. STEPHENS-JOHNSON**
Deirdre M. Stephens, Esquire
GABN: 678789
The Law Office of Deidre M. Stephens-Johnson
4567 Rockbridge Rd #1537
Pine Lake, GA 30072
Telephone: (404) 537-3002
Facsimile: (404) 537-3003
Email: dsjohnsonlaw@gmail.com
*Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non CM/ECF participants: C.U. EMPLOYMENT, INC., C/O: NATIONAL REGISTERED AGENTS INC., Registered Agent, 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104.

**/s/ DEIRDRE M. STEPHENS-JOHNSON**
Deirdre M. Stephens, Esquire